IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS RUSTY WALLACE,<br><br>Defendant. | CR 20-137-BLG-SPW<br><br><br>ORDER |

Pursuant to the Defendant's pending Motion to Suppress (Doc. 21),

**IT IS HEREBY ORDERED** that the trial presently set for Monday, April 19, 2021 at 9:00 a.m. is **VACATED** to be reset upon the Court's decision on the Defendant's Motion to Suppress (Doc. 21). The time from the motion's filing on March 22, 2021, to this Court's decision on the motion is excluded from the speedy trial clock pursuant to 18 U.S.C. § 3161(h)(1)(D).

The clerk is directed to notify counsel of the entry of this Order.

DATED this 31st day of March, 2021.

SUSAN P. WATTERS
United States District Judge